

**ORDERED in the Southern District of Florida on May 6, 2016.**

*Robert A. Mark, Judge*
*United States Bankruptcy Court*

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 14-26895-RAM |
| JUAN A. SUAREZ, | Chapter 13 |
| Debtor. | |
| _____/ | |
| JUAN A. SUAREZ, | Adv. Pro. No.: 16-1129-RAM |
| Plaintiff, | |
| v. | |
| LA LEY CON JOHN RUIZ, P.A., MSP RECOVERY LLC, and JOHN H. RUIZ, | |
| Defendants. | |
| _____/ | |

### FINAL JUDGMENT AVOIDING CHARGING LIEN FROM HOMESTEAD PROPERTY

THIS CAUSE came before the Court on May 2, 2016, at 2:00 p.m., upon the Plaintiff's

Expedited Motion for Summary Judgment on Count II (the "Motion") [ECF No. 12], Defendants'

Response in Opposition to the Motion (the "Response") [ECF No. 20], and the Plaintiff's Reply to Defendants' Response (the "Reply") [ECF No. 22].

The Court has reviewed the Motion, the Response, and the Reply and has heard arguments of counsel.  For the reasons stated on the record, the Court finds that there exists no issues of material fact as to Count II of the Plaintiff's Complaint [ECF No. 1], and finding good cause to exist in entering judgment for the Plaintiff, and being otherwise duly advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. The Defendants' Notice of Attorney's Charging Lien recorded in Miami-Dade County at Book 28066 Page 4730 (the "Charging Lien") cannot attach to the Plaintiff's homestead property located at 8246 NW 108th Avenue, Unit 2, Doral, Florida 33178 (the "Homestead Property").

2. The Charging Lien is avoided to the extent necessary to remove it from attaching to the Homestead Property.

3. Pursuant to Fed. R. Bankr. P. 7054, the Court finds there is no just reason for delay.

###

**Submitted by:**

Felipe Plechac-Diaz, Esq.
Leiderman Shelomith, P.A.
2699 Stirling Road, Suite C401
Ft. Lauderdale, FL 33312
Telephone (954) 920-5355
Facsimile (954) 920-5371
fplechacdiaz@lslawfirm.net

**Copies furnished to:**

Felipe Plechac-Diaz, Esq.

Attorney Plechac-Diaz is directed to serve copies of this order on all interested parties and to file a certificate of service.